IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRADY CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV847 |
| ) | |
| JOHN O. CRAIG III, in his official ) | |
| Capacity as a Superior Court Judge ) | |
| of the State of North Carolina, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Beaty, Chief District Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss [Document #4] is GRANTED and this case is hereby DISMISSED.

This, the 26th day of February, 2007.

United States District Judge